## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN G. HAWKINS** : | |
| : | **C.A. No. 08-0302 9RMC)** |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | |
| **CHIEF CATHY LANIER, et. al.** : | |
| : | |
| **Defendants.** : | |
| : | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS

COMES NOW, the plaintiff, Bryan G. Hawkins, by and through undersigned counsel and respectfully requests that this Honorable Court allow him additional time, pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 16.3, to respond to the defendants' partial motion to dismiss that was filed pursuant to Rule 12(b)(6). As reasons for this request he states the following:

1. Undersigned counsel received the motion to dismiss shortly prior to becoming extremely ill with the flu. Undersigned counsel's flu virus then became bronchitis, and she was diagnosed with that illness and placed on bed rest by her Doctor on March 25, 2008.

2. Undersigned counsel, who is still under doctor's care though not on bed rest, just got her strength back enough to work a full day, and has not been able to complete the research and write the opposition to defendant's motion, but anticipates that she will be able to do so on or before April 14, 2008.

3. Undersigned counsel spoke with the attorney representing the defendants, and she is not opposed to this extension of time.

Respectfully submitted,

/s/ *Gilda Sherrod-Ali*
Gilda Sherrod-Ali, Esquire, #415526
Attorney at Law
216 G Street, NE, First Floor
Washington, DC   20002
(202) 544-2299  Phone
(202) 544-2298  Fax
Ali1950@aol.com  Email

CERTIFICATE OF SERVICE

I, Gilda Sherrod-Ali, do hereby certify that a true and correct copy of the foregoing Motion for an extension of time on this 4th day of April, 2008 by both electronic mail and by regular U.S. mail postage prepaid, to Shana L. Frost, Assistant Attorney General, 441 4th Street, NW, 6th Floor South, Washington, DC   20001.

/S/ *Gilda Sherrod-Ali*
Gilda Sherrod-Ali, Esquire

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN G. HAWKINS** : | |
| : | C.A. No. 08-0302 9RMC) |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | |
| **CHIEF CATHY LANIER, et. al.** : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion For an Extension of time to file an answer to the Defendant's Partial 12(b)(6) Motion To Dismiss, and there being no opposition thereto, it id hereby ORDERED:

1. THAT _____; AND

2. THAT _____

_____.

Dated:_____        By_____
                            Judge of US District Court for DC

Copies To:

Gilda Sherrod-Ali, Esquire
Counsel for plaintiff
216 G Street, NE, First Floor
Washington, DC   20002

Shana L. Frost, AAG
Counsel for Defendants
441 4th Street, NW, 6th Floor South
Washington, DC   20001