UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN G. HAWKINS** : | |
| : | C.A. No. 08-0302 9RMC) |
| **Plaintiff,** : | |
| : | |
| **vs.** : | |
| : | |
| **CHIEF CATHY LANIER, et. al.** : | |
| : | |
| **Defendants.** : | |
| : | |

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS
AMENDED COMPLAINT

COMES NOW, the plaintiff, Bryan G. Hawkins, by and through undersigned counsel and respectfully requests that this Honorable Court allow him additional time, pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 16.3, to respond to the defendants' partial motion to dismiss that was filed pursuant to Rule 12(b)(6).  As reasons for this request he states the following:

1. The government counsel filed a 12 (b)(6) motion—which is more detailed and contain more case law—on June 17, 2008.  Pursuant to the rules, a reply was due on or about July 3, 2008.

2. Undersigned counsel, who is a solo practitioner, has been extremely busy with back to back hearings and trials for the past three weeks—including an out of town hearing in Buffalo, New York, two criminal trials in DC Superior Court, a child custody hearing, a child support hearing, and a probate motion's hearing.  has worked diligently on the reply to the 12(b)(6) motion, but has had a difficult time completing the research and the writing of the motion, due to her severe time constraints due to her extremely

busy schedule.

3. Undersigned counsel spoke with the attorney representing the defendants, and she is opposed to this extension of time.

4. The moving party will not be prejudiced by the grating of an extension of time to respond to this motion, but the plaintiff will be severely prejudiced if he is not allowed to file a response through counsel.

5. Undersigned counsel can have the response filed on or about the 12 day of July, 2008.

                          Respectfully submitted,

                          /s/ *Gilda Sherrod-Ali*
                          Gilda Sherrod-Ali, Esquire, #415526
                          Attorney at Law
                          1101 L Street, NW, Suite 806
                          Washington, DC   20005
                          (202) 544-2299  Phone
                          (202) 544-2298  Fax
                          Ali1950@aol.com  Email

## CERTIFICATE OF SERVICE

I, Gilda Sherrod-Ali, do hereby certify that a true and correct copy of the foregoing Motion for an extension of time on this 11th day of July, 2008 by both electronic mail and by regular U.S. mail postage prepaid, to Shana L. Frost, Assistant Attorney General, 441 4th Street, NW, 6th Floor South, Washington, DC   20001.

                          /S/ *Gilda Sherrod-Ali*
                          Gilda Sherrod-Ali, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRYAN G. HAWKINS** : | |
| : | C.A. No. 08-0302 9RMC) |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | |
| **CHIEF CATHY LANIER, et. al.** : | |
| : | |
| **Defendants.** : | |
| : | |

ORDER

UPON CONSIDERATION of Plaintiff's Motion For an Extension of time to file an answer to the Defendant's Partial 12(b)(6) Motion To Dismiss, and there being no opposition thereto, it id hereby ORDERED:

1. THAT _____; AND

2. THAT _____

_____.

Dated:_____        By_____
                            Judge of US District Court for DC

Copies To:

Gilda Sherrod-Ali, Esquire
Counsel for plaintiff
216 G Street, NE, First Floor
Washington, DC   20002

Shana L. Frost, AAG
Counsel for Defendants
441 4th Street, NW, 6th Floor South
Washington, DC   20001