AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bryan G. Hawkins
12002 Othman Court
Fort Washington, MD 20744

Cathy Lanier, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-0302 (RMC)

TO: (Name and address of Defendant)

Officer Joseph Chaplin
Badge No. 3814
First District MPD
415 45th Street, S.W.
Washington, DC 20024

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gilda Sherrod-Ali, Esquire
1101 L Street, N.W., Suite 806
Washington, DC 20005
(202) 544-8471 - Phone

an answer to the AMENDED complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the AMENDED complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        6/18/2008

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 6/26/08 |
| NAME OF SERVER *(PRINT)* Iman Pasha | TITLE | Investigator IV0230 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 415 4th Street, SW Washington, DC (First District Police Station)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-26-08
           Date

Signature of Server

1101 L St. NW, Ste 806 WDC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Bryan G. Hawkins
12002 Othman Court
Fort Washington, MD 20744     SUMMONS IN A CIVIL CASE

v.

Cathy Lanier, et. al.

CASE NUMBER: 08-0302 (RMC)

TO: (Name and address of Defendant)

Officer K. Cappello
Badge No. 4274
First District MPD
415 4th Street, S.W.
Washington, DC 20024

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gilda Sherrod-Ali, Esquire
1101 L St., N.W., Suite 806
Washington, DC 20005
(202) 544-8471 — Phone

an answer to the AMENDED complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the AMENDED complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.
AMENDED

NANCY M. MAYER-WHITTINGTON    6/18/2008

CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6-25-08 |
| NAME OF SERVER (PRINT) CYNTHIA HOOPER-Hill | TITLE INVESTIGATOR #IV0197 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 415 4ᵀᴴ STREET SW. WASHINGTON DC - (FIRST DISTRICT POLICE STATION)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-08
            Date

Signature of Server: Cynthia A. Hooper-Hill

Address of Server: 1101 L STREET NW. STE 800, DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.